**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121  　　　　　　　　　　　　New York, NY 10165
651-406-9665  　　　　　　　　　　　　　　　212-267-7342

| Defendant: | **Hundley Lane Group Inc.** |
| --- | --- |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113308 | $47,756.20 | 3/16/2023 | 2695X | 3/1/2023 | $38,956.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113308 | $47,756.20 | 3/16/2023 | 2695J | 3/4/2023 | $4,400.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113308 | $47,756.20 | 3/16/2023 | 21503 | 2/15/2023 | $4,400.00 |
| Totals: | | 1 transfer(s), | $47,756.20 | | | | |